Mark Michel JONES, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 47425.

Missouri Court of Appeals, Western District.

Nov. 9, 1993.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before HANNA, P.J., and LOWENSTEIN and FENNER, JJ.

### *ORDER*

PER CURIAM.

Appeal from the denial of a Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).